UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RALPH LOFTON                                                                              PETITIONER

V.                                                             CIVIL ACTION NO. 4:08CV80 DPJ-JCS

THE STATE OF MISSISSIPPI                                                              RESPONDENT

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed without prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 14th day of September, 2009.

                                         s/ *Daniel P. Jordan III*
                                         UNITED STATES DISTRICT JUDGE